UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH EVANS, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>DR. CURRIE *et al*., )<br>  )<br>    Defendants. ) | Civil Action No.  23-02593 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*.  The Court will grant the application and dismiss the complaint for lack of subject-matter jurisdiction.  *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject-matter jurisdiction is lacking).

"Federal courts are courts of limited jurisdiction.  They possess only that power authorized by Constitution and statute," and it is "presumed that a cause lies outside this limited jurisdiction."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted).  The jurisdiction of the federal district courts is set forth generally at 28 U.S.C. §§ 1331 and 1332.  Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000.  A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction.  *See* Fed. R. Civ. P. 8(a).

Plaintiff is a District of Columbia resident.  He has sued who appears to be medical staff, including two doctors, at Saint Elizabeths Hospital in the District of Columbia. The complaint, to

2

the extent intelligible, arises from an alleged incident on August 21, 2023. *See* ECF No. 1 at 2. Although the incident appears to pertain to medical treatment, Plaintiff demands $7.7 million for violations of his "mail and phone rights." *Id*. Regardless, Plaintiff's statement of the claim, *id*., does not present a federal question or suggests that the parties are of diverse citizenship. Consequently, this case will be dismissed by separate order.

|  |  |
|---|---|
| Date: October 27, 2023 | _____<br>JIA M. COBB<br>United States District Judge |

2